[No. 45769-5-II.   Division Two.   November 17, 2015.]

*In the Matter of the Marriage of* AMY S. DEVARGAS, *Appellant*, and JOSHUA KLEYMEYER, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-3-01149-5, Lisa L. Sutton, J., entered December 13, 2013. *Reversed* and *remanded* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46460-8-II.   Division Two.   November 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK A. WALLMULLER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00463-5, Toni A. Sheldon, J., entered June 27, 2014. *Remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[Nos. 46628-7-II; 46635-0-II.   Division Two.   November 17, 2015.]

NADENE M. SAMMANN, *Appellant*, v. ANNA J. ARMSTRONG, *as Personal Representative*, *Respondent*.

MARGUERITE SAMMANN, *Appellant*, v. ANNA J. ARMSTRONG, *as Personal Representative*, *Respondent*.

Appeals from a judgment of the Superior Court for Pierce County, No. 14-2-06640-1, Gerald T. Costello, J., entered August 1, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, A.C.J., and Melnick, J.